UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 4:04-CR-75-2-H

UNITED STATES OF AMERICA

v.                                            CONSENT ORDER

JEREMIAH PERSON,

Defendant.

THIS MATTER IS BEFORE THE COURT based on the consent of the parties for entry of an order disposing of property in the above-captioned case. For good cause shown, it is hereby ORDERED that the Greenville, North Carolina, Police Department shall return to the Defendant Jeremiah Person the following property still in their possession: a cell phone, a digital camera, and $4,414.00 in United States Currency.

This the 20th day of December, 2016.

MALCOLM J. HOWARD
Senior United States District Judge
Eastern District of North Carolina

Consent:

AUSA Glenn Perry

Defense Counsel Keith Williams